# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                Plaintiff,<br><br>      v.<br><br>**KEVIN RICHARD BYRD**<br>          Defendant. | CR NO: 1:15-CR-00189 LJO/SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: KEVIN RICHARD BYRD
Detained at: Fresno County Jail

Detainee is:
- a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 18 USC -922-Felon in Possession of a Firearm
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Signature: /s/ Daniel J. Griffin
Printed Name & Phone No: DANIEL J. GRIFFIN (559) 497-4049
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, July 20, 2015, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7/20/2015      /s/ GARY S. AUSTIN
Honorable Gary S. Austin
U.S. Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 1525029 | DOB: | 11/17/1982 |
| Facility Address: | 2200 Fresno St. | Race: | Black |
| Facility Phone: | (559) 600-8275 | FBI#: | 29434HB7 |
| Currently | Fresno County Jail | | |

## RETURN OF SERVICE

Executed on: _____

                (signature)