1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL J. GRIFFIN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 1:15-CR-189 LJO

12                 Plaintiff,          STIPULATION FOR PROTECTIVE ORDER
                                       AND ORDER THEREON
13           v.

14 KEVIN BYRD

15                 Defendant.

16

17     The United States of America, by and through BENJAMIN B. WAGNER, United States

18 Attorney, and DANIEL J. GRIFFIN, Assistant United States Attorneys, and the defendant Kevin Byrd,

19 by and through Jerome Price, his attorney of record, hereby stipulate as follows:

20     1.    This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

21 Criminal Procedure, and its general supervisory authority.

22     2.    This Order pertains to all Fresno Police audio recordings and Fresno Police recording

23 logs provided to or made available to Defense Counsel as part of discovery in this case.

24     3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any

25 Fresno Police audio recordings and Fresno Police recording logs not pertaining to this case with anyone

26 other than designated defense investigators and support staff.  Defense Counsel may review the contents

27 of documents with the defendant but will not identify any such recordings or logs not pertaining to this

28 case.  The parties agree that Defense Counsel, defense investigators and support staff shall not allow the

Stipulation for Entry of Protective Order and Order Thereon                1

defendant to view or copy such information.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his or her respective defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: November 23, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney


                                             /s/ Daniel J. Griffin
                                            DANIEL J. GRIFFIN
                                            Assistant United States Attorney


Dated:  November 23, 2015                   /s/ Jerome Price
                                            JEROME PRICE


IT IS SO ORDERED.

   Dated:   **November 24, 2015**           **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

Stipulation for Entry of Protective Order and Order Thereon                    2