1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4080
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:15-CR-189
12 |                      Plaintiff,  | STIPULATION AND ORDER
13 |            v.                    | DATE: September 13, 2023
14 | KEVIN BYRD,                      | TIME: 2:00 P.M.
   |                                  | COURT: Hon. Erica P. Grosjean
15 |                      Defendant.  |

16

17     Per the request of the Court, both parties jointly file this status report informing the court of the

18 status of the case. Defendant Kevin Byrd, by and through his counsel of record Melissa Baloian

19 ("Defense Counsel"), and the United States of America, by and through Assistant United States

20 Attorney Arin Heinz, hereby stipulate as follows:

21     1.     The parties are in the process of receiving and reviewing discovery for the allegations

22 alleged in the violation petition. The parties require additional time to assess the discovery in the case

23 and discuss potential resolution.

24     2.     Given this information, both parties request to move the status conference to Monday,

25 October 2, 2023. This will allow the parties to determine if resolution of the petition is possible and

26 update the court accordingly.

27

28

Dated: September 11, 2023                PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ ARIN C. HEINZ
                                         ARIN C. HEINZ
                                         Assistant United States Attorney


Dated: September 11, 2023                /s/ Melissa Baloian
                                         Melissa Baloian
                                         Counsel for Defendant
                                         KEVIN BYRD

**ORDER**

Pursuant to the stipulation of the parties, the Court orders the status conference regarding violation of supervised release, currently set for September 13, 2023, continued to October 2, 2023, at 2:00 pm before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  **September 11, 2023**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2