PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00189-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: October 2, 2023 |
| KEVIN BYRD, | TIME: 2:00 P.M.<br>COURT: Hon. Stanley A. Boone |
| Defendant. | |

Per the request of the Court, both parties jointly file this status report informing the court of the status of the case. Defendant Kevin Byrd, by and through his counsel of record Melissa Baloian ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Arin Heinz, hereby stipulate as follows:

1. The new law violations alleged in the petition arise from a Fresno Police Department investigation. The parties are awaiting receipt of additional evidence in this case in the possession of Fresno Police Department. Specifically, there is extensive digital evidence that forms the basis of the new law violations. While the parties have the investigative reports, they do not have the digital evidence. Probation is making every effort to obtain the evidence. The United States is also actively seeking the evidence.

2. Given this information, both parties request to move the status conference to November 1, 2023. This will allow the parties to review the evidence, once received, and determine if resolution of

1

the petition is possible or if a revocation hearing is necessary.

Dated:  September 29, 2023	PHILLIP A. TALBERT
United States Attorney


/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney


Dated:  September 29, 2023	/s/ MELISSA BALOIAN
MELISSA BALOIAN
Counsel for Defendant
KEVIN BYRD


**ORDER**

IT IS SO ORDERED.

Dated:   **September 29, 2023**

UNITED STATES MAGISTRATE JUDGE