PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-189-JLT |
|---|---|
| Plaintiff, | JOINT STATUS REPORT, STIPULATION AND ORDER |
| v. | DATE: November 1, 2023 |
| KEVIN BYRD, | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

Per the request of the Court, both parties jointly file this status report informing the court of the status of the case. Defendant Kevin Byrd, by and through his counsel of record Melissa Baloian ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Arin Heinz, hereby stipulate as follows:

1. The new law violations alleged in the petition arise from a Fresno Police Department investigation. The parties reviewed the evidence provided from Fresno Police Department and have discussed a potential resolution of the case. Ms. Baloian requests additional time to discuss resolution with her client.

2. Given this information, both parties request to move the status conference to December 6, 2023.

1

Dated: October 30, 2023          PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ ARIN C. HEINZ
                                 ARIN C. HEINZ
                                 Assistant United States Attorney


Dated: October 30, 2023          /s/ MELISSA BALOIAN
                                 MELISSA BALOIAN
                                 Counsel for Defendant
                                 KEVIN BYRD


## ORDER

The Court grants the parties' request to continue the Status Conference on the Violation of Supervised Release Petition, currently noticed for November 1, 2023, before the Duty Magistrate Judge, and continuing it to December 6, 2023, at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **October 30, 2023**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2