PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN BYRD,<br><br>    Defendant. | CASE NO. 1:15-CR-189-JLT<br><br>JOINT STATUS REPORT, STIPULATION AND ORDER<br><br>DATE: November 1, 2023<br>TIME: 2:00 P.M.<br>COURT: Hon. Barbara A. McAuliffe |

Per the request of the Court, both parties jointly file this status report informing the court of the status of the case. Defendant Kevin Byrd, by and through his counsel of record Melissa Baloian ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Arin Heinz, hereby stipulate as follows:

1. The new law violations alleged in the petition arise from a Fresno Police Department investigation. The parties reviewed the evidence provided from Fresno Police Department and have discussed a potential resolution of the case. Ms. Baloian requests additional time to discuss resolution with her client. She will be in trial in state court this week and therefore asks to move the status conference to allow for additional time to discuss the case with her client.

2. Given this information, both parties request to move the status conference to December 21, 2023.

1

Dated:  December 3, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated:  December 3, 2023

/s/ MELISSA BALOIAN
MELISSA BALOIAN
Counsel for Defendant
KEVIN BYRD

## ORDER

IT IS SO ORDERED that the status conference is continued from December 6, 2023, to **December 21, 2023, at 2:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:  **December 4, 2023**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2