PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-189-JLT |
|---|---|
| Plaintiff, | JOINT STATUS REPORT, STIPULATION AND ORDER |
| v. | DATE: December 21, 2023 |
| KEVIN BYRD, | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

Per the request of the Court, both parties jointly file this status report informing the court of the status of the case. Defendant Kevin Byrd, by and through his counsel of record Melissa Baloian ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Arin Heinz, hereby stipulate as follows:

1.  The parties continue to engage in ongoing discussions about a potential resolution of the case. The parties have a potential resolution but need additional time to discuss it with probation and Ms. Baloian requests additional time to discuss resolution with her client.

2.  Given this information, both parties request to move the Status Conference to January 11, 2023.

///

///

///

1

Dated: December 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: December 20, 2023

/s/ MELISSA BALOIAN
MELISSA BALOIAN
Counsel for Defendant
KEVIN BYRD

**ORDER**

Pursuant to the parties' request, the Status Conference regarding a supervised release violation, currently noticed for December 21, 2023, is continued and will now be held on January 11, 2024, at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **December 20, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2