Melissa B. Baloian, SBN 232602
Attorney at Law
2950 Mariposa Street, Ste. 120
Fresno, CA, 93721
Telephone: (559) 352-2331
MBaloian.law@gmail.com

Attorney for Defendant Kevin Byrd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN BYRD,<br><br>    Defendant. | No.  1:15-CR-00189-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MELISSA BALOIAN AS ATTORNEY OF RECORD AND ORDER** |

On August 31, 2023, Defendant Kevin Byrd initially appeared for a violation of supervised release. CJA Panel Attorney Melissa Baloian was appointed as counsel to represent Mr. Byrd in 1:25-CR-00189-JLT-SKO, his criminal case. Mr. Byrd's case was concluded by an admission to his supervised release and a reinstatement on supervised release on February 25, 2024. Mr. Byrd was in custody at the time of the Court's sentencing. The trial phase of Mr. Byrd's criminal case has, therefore, come to an end.  Having completed her representation of Mr. Byrd, CJA attorney Melissa Baloian now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Byrd require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: March 14, 2024                                      Respectfully submitted,

                                /s/Melissa B. Baloian
                                Melissa B. Baloian,
                                Attorney for Defendant, Kevin Byrd

**ORDER**

Having reviewed the notice and found that attorney Melissa Baloian has completed the services for which she was appointed, the Court hereby grants attorney Melissa Baloian's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Kevin Byrd at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Kevin Byrd
Central Valley Annex
245 Taylor Avenue
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **March 14, 2024**                                      _____
                                                                         UNITED STATES DISTRICT JUDGE